THOMAS E. PATTERSON (CA Bar No. 130723)
MICHAEL L. TUCHIN (CA Bar No. 150375)
DAVID M. GUESS (CA Bar No. 238241)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Reorganization Counsel for
Debtors and Debtors in Possession

LENARD E. SCHWARTZER (NV Bar No. 0399)
JEANETTE E. MCPHERSON (NV Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
Local Bankruptcy Counsel for
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Chapter 11 |
|---|---|
| LAKE AT LAS VEGAS JOINT VENTURE, LLC<br>☐ Affects this Debtor | Case No. 08-17814-LBR<br>Case No. 08-17815-LBR |
| LLV-1, LLC<br>☐ Affects this Debtor | Case No. 08-17817-LBR<br>Case No. 08-17820-LBR |
| LLV HOLDCO, LLC<br>☐ Affects this Debtor | Case No. 08-17822-LBR<br>Case No. 08-17825-LBR<br>Case No. 08-17827-LBR |
| LAKE LAS VEGAS PROPERTIES, L.L.C.<br>☐ Affects this Debtor | Case No. 08-17830-LBR<br>Case No. 08-17832-LBR |
| LLV FOUR CORNERS, LLC<br>☐ Affects this Debtor | Case No. 08-17835-LBR<br>Case No. 08-17837-LBR<br>Case No. 08-17841-LBR |
| NORTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor | Case No. 08-17842-LBR<br>Case No. 08-17844-LBR<br>Case No. 08-17845-LBR |
| P-3 AT MONTELAGO VILLAGE, LLC<br>☐ Affects this Debtor | **Jointly Administered Under Case No. BK-S-08-17814-LBR** |
| THE GOLF CLUB AT LAKE LAS VEGAS, LLC<br>☐ Affects this Debtor | |
| MARINA INVESTORS, L.L.C.<br>☐ Affects this Debtor | **STATUS AND AGENDA FOR FEBRUARY 16, 2010 HEARINGS** |
| THE VINEYARD AT LAKE LAS VEGAS, L.L.C.<br>☐ Affects this Debtor | **(AFFECTS ALL DEBTORS)** |
| LLV VHI, L.L.C.<br>☐ Affects this Debtor | |
| TCH DEVELOPMENT, L.L.C.<br>☐ Affects this Debtor | |
| TC TECHNOLOGIES, L.L.C.<br>☐ Affects this Debtor | |
| SOUTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor | |
| NEVA HOLDINGS, L.L.C.<br>☐ Affects this Debtor | Hearing Date:    February 16, 2010<br>Hearing Time:    1:30 p.m. |
| ☒ AFFECTS ALL DEBTORS<br>Debtors. | |

1

P:\Lake Las Vegas\Status & Agendas\02 16 2010 Status & Agenda Hearings Revised.doc

1.  *Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)"* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1948].

| | |
|---|---|
| Related Filing: 01/11/2010 (Docket No. 1947) | *First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/11/2010 (Docket No. 1949) | *Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/11/2010 (Docket No. 1950) | *Declaration Of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/11/2010 (Docket No. 1951) | *Hearing Scheduled/Rescheduled. Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* |
| Related Filing: 01/12/2010 (Docket No. 1952) | *Notice of Errata re First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/12/2010 (Docket No. 1953) | *Certificate of Service re Docket No. 1952* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/20/2010 (Docket No. 1957) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/22/2010 (Docket No. 1959) | *Supplemental Declaration of Service of Jennifer Grageda* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 | Related Filing: 02/01/2010 (Docket No. 1978) | *Notice of Submission of Exhibits to First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 5 | Related Filing: 02/01/2010 (Docket No. 1979) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 7 | Related Filing: 02/08/2010 (Docket No. 1985) | *Objection to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 9 | Related Filing: 02/08/2010 (Docket No. 1986) | *Certificate of Service of Julie A. Mandelsohn* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 11 | Related Filing: 02/08/2010 (Docket No. 1987) | *Supplemental Declaration of Service of Monika Parel re Docket No. 1949* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 14 | Related Filing: 01/11/2010 (Docket No. 1989) | *Objection to Disclosure Statement of Debtors filed on January 11, 2010* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 16 | Related Filing: 02/08/2010 (Docket No. 1990) | *Creditor Gamma 4CS Joinder In Objection Of Creditor Holder Carmel Land & Cattle Co. To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, LLC And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims with Certificate of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 20 | Related Filing: 02/08/2010 (Docket No. 1991) | *Creditor Gamma 4CS Joinder In Objection To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, Llc And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims With Certificate Of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 23 | Related Filing: 02/08/2010 (Docket No. 1992) | *Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

| | |
|---|---|
| Related Filing:<br>02/08/2010<br>(Docket No. 1993) | *Objection to Disclosure Statement (Response to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee Of Creditors Holding Unsecured Claims)* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| Related Filing:<br>02/08/2010<br>(Docket No. 1994) | *Certificate of Service* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| Related Filing:<br>02/08/2010<br>(Docket No. 1995) | *Certificate of Service of Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| Related Filing:<br>02/09/2010<br>(Docket No. 1996) | *Certificate of Service of Objection to First Amended Disclosure Statement of Debtors* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| Related Filing:<br>02/11/2010<br>(Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

**STATUS:** **Status Hearing Only.**

2. *First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1947].

| | |
|---|---|
| Related Filing:<br>01/11/2010<br>(Docket No. 1946) | *First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LL |

///
///
///

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Related Filing:<br>01/11/2010<br>(Docket No. 1948) | *Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)"* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 5<br>6<br>7 | Related Filing:<br>01/11/2010<br>(Docket No. 1949) | *Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 8<br>9<br>10 | Related Filing:<br>01/11/2010<br>(Docket No. 1950) | *Declaration Of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 11<br>12 | Related Filing:<br>01/11/2010<br>(Docket No. 1951) | *Hearing Scheduled/Rescheduled. Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* |
| 13<br>14<br>15<br>16 | Related Filing:<br>01/12/2010<br>(Docket No. 1952) | *Notice of Errata re First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 17<br>18 | Related Filing:<br>01/12/2010<br>(Docket No. 1953) | *Certificate of Service re Docket No. 1952* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 19<br>20 | Related Filing:<br>01/20/2010<br>(Docket No. 1957) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 21<br>22<br>23 | Related Filing:<br>01/22/2010<br>(Docket No. 1959) | *Supplemental Declaration of Service of Jennifer Grageda* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 24<br>25<br>26 | Related Filing:<br>02/01/2010<br>(Docket No. 1978) | *Notice of Submission of Exhibits to First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

27 ///

28 ///

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1<br>2 | Related Filing:<br>02/01/2010<br>(Docket No. 1979) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 3<br>4 | Related Filing:<br>02/08/2010<br>(Docket No. 1985) | *Objection to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 5<br>6 | Related Filing:<br>02/08/2010<br>(Docket No. 1986) | *Certificate of Service of Julie A. Mandelsohn* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 7<br>8<br>9 | Related Filing:<br>02/08/2010<br>(Docket No. 1987) | *Supplemental Declaration of Service of Monika Parel re Docket No. 1949* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 10<br>11 | Related Filing:<br>01/11/2010<br>(Docket No. 1989) | *Objection to Disclosure Statement of Debtors filed on January 11, 2010* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 12<br>13<br>14<br>15 | Related Filing:<br>02/08/2010<br>(Docket No. 1990) | *Creditor Gamma 4CS Joinder In Objection Of Creditor Holder Carmel Land & Cattle Co. To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, LLC And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims with Certificate of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 16<br>17<br>18 | Related Filing:<br>02/08/2010<br>(Docket No. 1991) | *Creditor Gamma 4CS Joinder In Objection To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, Llc And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims With Certificate Of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 19<br>20<br>21 | Related Filing:<br>02/08/2010<br>(Docket No. 1992) | *Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 22<br>23<br>24 | Related Filing:<br>02/08/2010<br>(Docket No. 1993) | *Objection to Disclosure Statement (Response to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee Of Creditors Holding Unsecured Claims)* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| 25<br>26<br>27 | Related Filing:<br>02/08/2010<br>(Docket No. 1994) | *Certificate of Service* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| 28 | / / / | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1<br>2<br>3 | Related Filing:<br>02/08/2010<br>(Docket No. 1995) | *Certificate of Service of Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 4<br>5 | Related Filing:<br>02/09/2010<br>(Docket No. 1996) | *Certificate of Service of Objection to First Amended Disclosure Statement of Debtors* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 6<br>7<br>8<br>9<br>10 | Related Filing:<br>02/11/2010<br>(Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

11  **STATUS:**   **Status Hearing Only.**

3. *Motion for Entry of Order (I) Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices With Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1960].

| | | |
|---|---|---|
| 20-24 | Related Filing:<br>01/22/2010<br>(Docket No. 1961) | *Notice of Hearing on Motion for Entry of Order (I) Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices With Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 25-26 | Related Filing:<br>01/25/2010<br>(Docket No. 1962) | *Hearing Scheduled/Rescheduled. Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* |
| 27-28 | Related Filing:<br>01/25/2010<br>(Docket No. 1966) | *Declaration Of: Service of James Sean McGuire* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 | Related Filing: 02/08/2010 (Docket No. 1988) | *Certificate of Service Supplemental Declaration of Service of Monika Parel re Docket Nos. 1960 and 1961* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 2 | Related Filing: 02/11/2010 (Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

**STATUS:** To Be Heard.

Dated this 12th day of February, 2010.

*/s/ Jeanette G. McPherson*
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Local Bankruptcy Counsel for Debtors*

and

David M. Guess, Esq.
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
*Reorganization Counsel for Debtors*

8