THOMAS E. PATTERSON (CA Bar No. 130723)
MICHAEL L. TUCHIN (CA Bar No. 150375)
DAVID M. GUESS (CA Bar No. 238241)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Reorganization Counsel for
Debtors and Debtors in Possession

LENARD E. SCHWARTZER (NV Bar No. 0399)
JEANETTE E. MCPHERSON (NV Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
Local Bankruptcy Counsel for
Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>LAKE AT LAS VEGAS JOINT VENTURE, LLC<br>☐ Affects this Debtor<br>LLV-1, LLC<br>☐ Affects this Debtor<br>LLV HOLDCO, LLC<br>☐ Affects this Debtor<br>LAKE LAS VEGAS PROPERTIES, L.L.C.<br>☐ Affects this Debtor<br>LLV FOUR CORNERS, LLC<br>☐ Affects this Debtor<br>NORTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor<br>P-3 AT MONTELAGO VILLAGE, LLC<br>☐ Affects this Debtor<br>THE GOLF CLUB AT LAKE LAS VEGAS, LLC<br>☐ Affects this Debtor<br>MARINA INVESTORS, L.L.C.<br>☐ Affects this Debtor<br>THE VINEYARD AT LAKE LAS VEGAS, L.L.C.<br>☐ Affects this Debtor<br>LLV VHI, L.L.C.<br>☐ Affects this Debtor<br>TCH DEVELOPMENT, L.L.C.<br>☐ Affects this Debtor<br>TC TECHNOLOGIES, L.L.C.<br>☐ Affects this Debtor<br>SOUTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor<br>NEVA HOLDINGS, L.L.C.<br>☐ Affects this Debtor<br>☒AFFECTS ALL DEBTORS<br>Debtors. | Chapter 11<br><br>Case No. 08-17814-LBR<br>Case No. 08-17815-LBR<br>Case No. 08-17817-LBR<br>Case No. 08-17820-LBR<br>Case No. 08-17822-LBR<br>Case No. 08-17825-LBR<br>Case No. 08-17827-LBR<br>Case No. 08-17830-LBR<br>Case No. 08-17832-LBR<br>Case No .08-17835-LBR<br>Case No. 08-17837-LBR<br>Case No. 08-17841-LBR<br>Case No. 08-17842-LBR<br>Case No. 08-17844-LBR<br>Case No. 08-17845-LBR<br><br>**Jointly Administered Under Case No. BK-S-08-17814-LBR**<br><br>**STATUS AND AGENDA FOR MARCH 19, 2010 HEARINGS**<br><br>**(AFFECTS ALL DEBTORS)**<br><br>Hearing Date:    March 19, 2010<br>Hearing Time:    10:30 a.m. |

1

P:\Lake Las Vegas\Status & Agendas\2010 Hearings\031910 agenda.doc

1. *Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)"* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1948].

| | | |
|---|---|---|
| | Related Filing: 01/11/2010 (Docket No. 1947) | *First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/11/2010 (Docket No. 1949) | *Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/11/2010 (Docket No. 1950) | *Declaration Of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/11/2010 (Docket No. 1951) | *Hearing Scheduled/Rescheduled. Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* |
| | Related Filing: 01/12/2010 (Docket No. 1952) | *Notice of Errata re First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/12/2010 (Docket No. 1953) | *Certificate of Service re Docket No. 1952* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/20/2010 (Docket No. 1957) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing: 01/22/2010 (Docket No. 1959) | *Supplemental Declaration of Service of Jennifer Grageda* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 2 3 4 | Related Filing: 02/01/2010 (Docket No. 1978) | *Notice of Submission of Exhibits to First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 5 6 | Related Filing: 02/01/2010 (Docket No. 1979) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 7 8 | Related Filing: 02/08/2010 (Docket No. 1985) | *Objection to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 9 10 | Related Filing: 02/08/2010 (Docket No. 1986) | *Certificate of Service of Julie A. Mandelsohn* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 11 12 13 | Related Filing: 02/08/2010 (Docket No. 1987) | *Supplemental Declaration of Service of Monika Parel re Docket No. 1949* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 14 15 | Related Filing: 01/11/2010 (Docket No. 1989) | *Objection to Disclosure Statement of Debtors filed on January 11, 2010* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 16 17 18 19 | Related Filing: 02/08/2010 (Docket No. 1990) | *Creditor Gamma 4CS Joinder In Objection Of Creditor Holder Carmel Land & Cattle Co. To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, LLC And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims with Certificate of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 20 21 22 | Related Filing: 02/08/2010 (Docket No. 1991) | *Creditor Gamma 4CS Joinder In Objection To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, Llc And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims With Certificate Of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 23 24 25 | Related Filing: 02/08/2010 (Docket No. 1992) | *Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 26 27 28 | Related Filing: 02/08/2010 (Docket No. 1993) | *Objection to Disclosure Statement (Response to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee Of Creditors Holding Unsecured Claims)* Filed by |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 | | NILE LEATHAM on behalf of CITY OF HENDERSON |
| 2 | Related Filing: 02/08/2010 (Docket No. 1994) | *Certificate of Service* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| 4 | Related Filing: 02/08/2010 (Docket No. 1995) | *Certificate of Service of Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 7 | Related Filing: 02/09/2010 (Docket No. 1996) | *Certificate of Service of Objection to First Amended Disclosure Statement of Debtors* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 9 | Related Filing: 02/11/2010 (Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 14 | Related Filing: 02/12/2010 (Docket No. 2013) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 18 | Related Filing: 02/12/2010 (Docket No. 2014) | *Virtual Minute Entry re: Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" [Docket No. 1948] (Image Not Available)* |
| 22 | Related Filing: 02/12/2010 (Docket No. 2015) | *Virtual Minute Entry re: First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010) [Docket No. 1947] (Image Not Available)* |
| 26 | Related Filing: 02/12/2010 (Docket No. 2017) | *Status and Agenda for February 16, 2010 Hearings* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

| | | |
|---|---|---|
| 1<br>2 | Related Filing:<br>02/12/2010<br>(Docket No. 2018) | *Hearing Scheduled; to be Held on February 16, 2010 at 1:30 pm. [Docket Nos. 1947, 1948, and 1960] (Image Not Available)* |
| 3<br>4<br>5<br>6<br>7 | Related Filing:<br>02/15/2010<br>(Docket No. 2019) | *Supplemental Declaration of Service of Monika Parel re: Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 8<br>9<br>10<br>11 | Related Filing:<br>02/18/2010<br>(Docket No. 2023) | *Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 12<br>13<br>14<br>15 | Related Filing:<br>02/18/2010<br>(Docket No. 2024) | *Declaration of Service of Adam L. Simpson re: Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 16<br>17<br>18<br>19 | Related Filing:<br>03/02/2010<br>(Docket No. 2033) | *Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 20<br>21<br>22<br>23<br>24<br>25 | Related Filing:<br>03/02/2010<br>(Docket No. 2034) | *Certificate of Service of Lia Allen re: 1) Notice of Entry of Order Setting Bar Date for Certain Administrative Claims [Docket No. 2032]; and 2) Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 26<br>27<br>28 | Related Filing:<br>03/16/2010<br>(Docket No. 2060) | *Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates' Omnibus Reply to Objections to Adequacy of the Debtors and the Creditors' Committee's Amended Disclosure Statement* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | |
|---|---|
| Related Filing: 03/16/2010 (Docket No. 2061) | *Second Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated March 16, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 03/17/2010 (Docket No. 2062) | *Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated March 16, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 03/17/2010 (Docket No. 2063) | *Notice of Submission of Redlined Changes to First Amended Plan of Reorganization and First Amended Disclosure Statement* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 03/17/2010 (Docket No. 2064) | *Declaration of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

**STATUS:**   **To be heard.**

2. *First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1947].

| | |
|---|---|
| Related Filing: 01/11/2010 (Docket No. 1946) | *First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LL |
| Related Filing: 01/11/2010 (Docket No. 1948) | *Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)"* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| Related Filing: 01/11/2010 | *Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC* |

| | | |
|---|---|---|
| 1<br>2<br>3 | (Docket No. 1949) | *and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 4<br>5 | Related Filing:<br>01/11/2010<br>(Docket No. 1950) | *Declaration Of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 6<br>7 | Related Filing:<br>01/11/2010<br>(Docket No. 1951) | *Hearing Scheduled/Rescheduled.Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* |
| 8<br>9<br>10<br>11 | Related Filing:<br>01/12/2010<br>(Docket No. 1952) | *Notice of Errata re First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 12<br>13 | Related Filing:<br>01/12/2010<br>(Docket No. 1953) | *Certificate of Service re Docket No. 1952* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 14<br>15<br>16 | Related Filing:<br>01/20/2010<br>(Docket No. 1957) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 17<br>18 | Related Filing:<br>01/22/2010<br>(Docket No. 1959) | *Supplemental Declaration of Service of Jennifer Grageda* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 19<br>20<br>21<br>22 | Related Filing:<br>02/01/2010<br>(Docket No. 1978) | *Notice of Submission of Exhibits to First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 23<br>24 | Related Filing:<br>02/01/2010<br>(Docket No. 1979) | *Certificate of Service* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 25<br>26 | Related Filing:<br>02/08/2010<br>(Docket No. 1985) | *Objection to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |
| 27<br>28 | Related Filing:<br>02/08/2010<br>(Docket No. 1986) | *Certificate of Service of Julie A. Mandelsohn* Filed by MICHAEL H. STRUB JR. on behalf of CARMEL LAND & CATTLE CO., L.P. |

| | | |
|---|---|---|
| 1 | Related Filing: 02/08/2010 (Docket No. 1987) | *Supplemental Declaration of Service of Monika Parel re Docket No. 1949* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 3 | Related Filing: 01/11/2010 (Docket No. 1989) | *Objection to Disclosure Statement of Debtors filed on January 11, 2010* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |
| 5 | Related Filing: 02/08/2010 (Docket No. 1990) | *Creditor Gamma 4CS Joinder In Objection Of Creditor Holder Carmel Land & Cattle Co. To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, LLC And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims with Certificate of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 9 | Related Filing: 02/08/2010 (Docket No. 1991) | *Creditor Gamma 4CS Joinder In Objection To First Amended Disclosure Statement Describing Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture, Llc And Its Jointly - Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims With Certificate Of Service* Filed by DAVID MINCIN on behalf of GAMMA 4C |
| 13 | Related Filing: 02/08/2010 (Docket No. 1992) | *Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 15 | Related Filing: 02/08/2010 (Docket No. 1993) | *Objection to Disclosure Statement (Response to First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee Of Creditors Holding Unsecured Claims)* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| 19 | Related Filing: 02/08/2010 (Docket No. 1994) | *Certificate of Service* Filed by NILE LEATHAM on behalf of CITY OF HENDERSON |
| 21 | Related Filing: 02/08/2010 (Docket No. 1995) | *Certificate of Service of Objection of Creditors Transcontinental Corporation, Inc. and Transcontinental Properties, Inc. to Amended Disclosure Statement* Filed by TIMOTHY R. O'REILLY on behalf of TRANSCONTINENTAL CORPORATION, Transcontinental Properties, Inc. |
| 24 | Related Filing: 02/09/2010 (Docket No. 1996) | *Certificate of Service of Objection to First Amended Disclosure Statement of Debtors* Filed by DONALD T. POLEDNAK on behalf of IOTA EMERALD, LLC, IOTA SIXTEEN, L.L.C., IOTA TWENTY-ONE, LLC |

| | | |
|---|---|---|
| 1 2 3 4 5 | Related Filing: 02/11/2010 (Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 6 7 8 9 | Related Filing: 02/12/2010 (Docket No. 2013) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 10 11 12 13 | Related Filing: 02/12/2010 (Docket No. 2014) | *Virtual Minute Entry re: Motion for Entry of Order Approving Adequacy of the "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" [Docket No. 1948] (Image Not Available)* |
| 14 15 16 | Related Filing: 02/12/2010 (Docket No. 2015) | *Virtual Minute Entry re: First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010) [Docket No. 1947] (Image Not Available)* |
| 17 18 19 | Related Filing: 02/12/2010 (Docket No. 2017) | *Status and Agenda for February 16, 2010 Hearings* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 20 21 | Related Filing: 02/12/2010 (Docket No. 2018) | *Hearing Scheduled; to be Held on February 16, 2010 at 1:30 pm. [Docket Nos. 1947, 1948, and 1960] (Image Not Available)* |
| 22 23 24 25 | Related Filing: 02/15/2010 (Docket No. 2019) | *Supplemental Declaration of Service of Monika Parel re: Notice of Hearing on First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 26 27 28 | Related Filing: 02/18/2010 (Docket No. 2023) | *Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11,* |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| | | *2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>02/18/2010<br>(Docket No. 2024) | *Declaration of Service of Adam L. Simpson re: Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>03/02/2010<br>(Docket No. 2033) | *Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>03/02/2010<br>(Docket No. 2034) | *Certificate of Service of Lia Allen re: 1) Notice of Entry of Order Setting Bar Date for Certain Administrative Claims [Docket No. 2032]; and 2) Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>03/16/2010<br>(Docket No. 2060) | *Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates' Omnibus Reply to Objections to Adequacy of the Debtors and the Creditors' Committee's Amended Disclosure Statement* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>03/16/2010<br>(Docket No. 2061) | *Second Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated March 16, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| | Related Filing:<br>03/17/2010<br>(Docket No. 2062) | *Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated March 16, 2010)* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

| | | |
|---|---|---|
| 1<br>2<br>3 | Related Filing:<br>03/17/2010<br>(Docket No. 2063) | *Notice of Submission of Redlined Changes to First Amended Plan of Reorganization and First Amended Disclosure Statement* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 4<br>5 | Related Filing:<br>03/17/2010<br>(Docket No. 2064) | *Declaration of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

**STATUS:**   **To be heard**

3.   *Motion for Entry of Order (I) Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices With Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC [Docket No. 1960].

| | | |
|---|---|---|
| Related Filing:<br>01/22/2010<br>(Docket No. 1961) | *Notice of Hearing on Motion for Entry of Order (I) Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices With Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC | |
| Related Filing:<br>01/25/2010<br>(Docket No. 1962) | *Hearing Scheduled/Rescheduled. Hearing scheduled 2/16/2010 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg..* | |
| Related Filing:<br>01/25/2010<br>(Docket No. 1966) | *Declaration Of: Service of James Sean McGuire* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC | |
| Related Filing:<br>02/08/2010<br>(Docket No. 1988) | *Certificate of Service Supplemental Declaration of Service of Monika Parel re Docket Nos. 1960 and 1961* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC | |
| Related Filing:<br>02/11/2010<br>(Docket No. 1997) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by | |

| | | |
|---|---|---|
| 1 | | DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 2 | | |
| 3 | Related Filing: 02/12/2010 (Docket No. 2013) | *Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 7 | Related Filing: 02/12/2010 (Docket No. 2016) | *Virtual Minute Entry re: Motion for Entry of Order (I) Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices with Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims [Docket No. 1960] (Image Not Available)* |
| 12 | Related Filing: 02/12/2010 (Docket No. 2017) | *Status and Agenda for February 16, 2010 Hearings* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 15 | Related Filing: 02/12/2010 (Docket No. 2018) | *Hearing Scheduled; to be Held on February 16, 2010 at 1:30 pm. [Docket Nos. 1947, 1948, and 1960] (Image Not Available)* |
| 17 | Related Filing: 02/18/2010 (Docket No. 2023) | *Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 21 | Related Filing: 02/18/2010 (Docket No. 2024) | *Declaration of Service of Adam L. Simpson re: Notice of Continuance of Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 26 | Related Filing: 03/02/2010 (Docket No. 2033) | *Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order* |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 | | *Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 2 | | |
| 3 | Related Filing: 03/02/2010 (Docket No. 2034) | *Certificate of Service of Lia Allen re: 1) Notice of Entry of Order Setting Bar Date for Certain Administrative Claims [Docket No. 2032]; and 2) Notice of Entry of Stipulation Setting Further Hearing on "First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)" and Certain Related Requests for Relief; and Order Thereon* Filed by JEANETTE MCPHERSON on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 8 | | |
| 9 | Related Filing: 03/16/2010 (Docket No. 2059) | *Notice of Modification of Relief Requested in Motion for Entry of Order (I) Approving (A) The Form, Scope, and Nature of Solicitation, Balloting, Tabulation, and Notices with Respect to the "First Amended Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims (Dated January 11, 2010)," and (B) Related Confirmation Procedures, Deadlines and Notices; and (II) Setting Bar Date for Certain Administrative Claims* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 14 | Related Filing: 03/17/2010 (Docket No. 2063) | *Notice of Submission of Redlined Changes to First Amended Plan of Reorganization and First Amended Disclosure Statement* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |
| 17 | Related Filing: 03/17/2010 (Docket No. 2064) | *Declaration of Service of Adam L. Simpson* Filed by DAVID MATTHEW GUESS on behalf of LAKE AT LAS VEGAS JOINT VENTURE, LLC |

**STATUS:    To Be Heard.**

Dated this 17th day of March, 2010.

                                               /s/ Jeanette McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Local Bankruptcy Counsel for Debtors*
and

David M. Guess, Esq.
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
*Reorganization Counsel for Debtors*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

13