# ORDER DENIED

**Entered on Docket**
**March 19, 2010**

_____
**Hon. Linda B Riegle**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**LAKE AT LAS VEGAS JOINT VENTURE, LLC**<br>☐ Affects this Debtor<br>**LLV-1, LLC**<br>☐ Affects this Debtor<br>**LLV HOLDCO, LLC**<br>☐ Affects this Debtor<br>**LAKE LAS VEGAS PROPERTIES, L.L.C.**<br>☐ Affects this Debtor<br>**LLV FOUR CORNERS, LLC**<br>☐ Affects this Debtor<br>**NORTHSHORE GOLF CLUB, L.L.C.**<br>☐ Affects this Debtor<br>**P-3 AT MONTELAGO VILLAGE, LLC**<br>☐ Affects this Debtor<br>**THE GOLF CLUB AT LAKE LAS VEGAS, LLC**<br>☐ Affects this Debtor<br>**MARINA INVESTORS, L.L.C.**<br>☐ Affects this Debtor<br>**THE VINEYARD AT LAKE LAS VEGAS, L.L.C.**<br>☐ Affects this Debtor<br>**LLV VHI, L.L.C.**<br>☐ Affects this Debtor<br>**TCH DEVELOPMENT, L.L.C.**<br>☐ Affects this Debtor | Chapter 11<br><br>Case No. 08-17814-LBR<br>Case No. 08-17815-LBR<br>Case No. 08-17817-LBR<br>Case No. 08-17820-LBR<br>Case No. 08-17822-LBR<br>Case No. 08-17825-LBR<br>Case No. 08-17827-LBR<br>Case No. 08-17830-LBR<br>Case No. 08-17832-LBR<br>Case No. 08-17835-LBR<br>Case No. 08-17837-LBR<br>Case No. 08-17841-LBR<br>Case No. 08-17842-LBR<br>Case No. 08-17844-LBR<br>Case No. 08-17845-LBR<br><br>**Jointly Administered Under Case No. BK-S-08-17814-LBR**<br><br>**ORDER SHORTENING TIME TO HEAR MOTION OF TRANSCONTINENTAL CORPORATION AND TRANSCONTINENTAL PROPERTIES, INC. FOR CONTINUANCE OF THE HEARING SET FOR MARCH 19, 2010 ON THE FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY LAKE AT LAS VEGAS JOINT VENTURE, LLC AND ITS JOINTLY-ADMINISTERED CHAPTER 11 AFFILIATES AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS (DATED JANUARY 11, 2010) (DOCKET** |

2206333       MOTION FOR CONTINUANCE OF MARCH 19, 2010 HEARING

| | |
|---|---|
| TC TECHNOLOGIES, L.L.C.<br>☐  Affects this Debtor<br>SOUTHSHORE GOLF CLUB, L.L.C.<br>☐  Affects this Debtor<br>NEVA HOLDINGS, L.L.C.<br>☐  Affects this Debtor<br><br>☒  AFFECTS ALL DEBTORS<br>                                                   Debtors. | **NO. 1947) AND MOTION FOR ENTRY OF ORDER APPROVING ADEQUACY OF THE FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY LAKE AT LAS VEGAS JOINT VENTURE, LLC AND ITS JOINTLY-ADMINISTERED CHAPTER 11 AFFILIATES AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS (DATED JANUARY 11, 2010) (DOCKET NO. 1948)** |

TRANSCONTINENTAL CORPORATION and TRANSCONTINENTAL PROPERTIES, INC., having filed their *Motion for Continuance of the Hearing Set for March 19, 2010 on the First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture, LLC and Its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims and Motion for Entry of Order Approving Adequacy of the First Amended Disclosure Statement Describing Chapter 11 Plan of Reorganization Proposed by Lake at Las Vegas Joint Venture , LLC and its Jointly-Administered Chapter 11 Affiliates and the Official Committee of Creditors Holding Unsecured Claims,* and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion for Continuance is granted.

IT IS FURTHER ORDERED that any objections to this Order shall be filed on or before _____.

IT IS FURTHER ORDERED that any response to such objection shall be filed on or before _____.

IT IS FURTHER ORDERED that service of this Order shall be completed by no later than 10:30 a.m. on March 19, 2010.

- 1 -

| | |
|---|---|
| 1 | |
| 2 | PREPARED AND RESPECTFULLY SUBMITTED |
| 3 | By ___/s/ John F. O'Reilly_____ |
| 4 | **O'REILLY LAW GROUP, LLC**<br>John F. O'Reilly, Esq. |
| 5 | Nevada Bar No. 1761<br>Timothy R. O'Reilly, Esq. |
| 6 | Nevada Bar No. 8866<br>325 S. Maryland Parkway |
| 7 | Las Vegas, Nevada 89101<br>Telephone: (702) 382-2500 |
| 8 | Facsimile: (702) 384-6266<br>E-Mail: tor@oreillylawgroup.com |
| 9 | Attorneys for Creditors<br>TRANSCONTINENTAL CORPORATION |
| 10 | and TRANSCONTINENTAL PROPERTIES, INC. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |