SIDLEY AUSTIN LLP
Elizabeth W. Walker, Esq. (admitted *pro hac vice*)
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

GORDON SILVER
William M. Noall, Esq. (Nevada Bar No. 3549)
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC); and Credit Suisse AG (collectively, "Credit Suisse")

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

LAKE AT LAS VEGAS JOINT VENTURE, LLC
LLV-1, LLC
LLV HOLDCO, LLC
LAKE LAS VEGAS PROPERTIES, LLC
LLV FOUR CORNERS, LLC
NORTHSHORE GOLF CLUB LLC
P-3 AT MONTELAGO VILLAGE LLC
THE GOLF CLUB AT LAKE LAS VEGAS LLC
MARINA INVESTORS LLC
THE VINEYARD AT LAKE LAS VEGAS LLC
LLVVHI LLC
TCH DEVELOPMENT LLC
TC TECHNOLOGIES LLC
SOUTHSHORE GOLF CLUB LLC
NEVA HOLDINGS LLC

Jointly Administered Reorganized Debtors.

BK **08-17814 MKN Lead Case**
BK 08-17815 MKN BK 08-17832 MKN
BK 08-17817 MKN BK 08-17835 MKN
BK 08-17820 MKN BK 08-17837 MKN
BK 08-17822 MKN BK 08-17841 MKN
BK 08-17825 MKN BK 08-17842 MKN
BK 08-17827 MKN BK 08-17844 MKN
BK 08-17830 MKN BK 08-17845 MKN

**Joint Administration**

Chapter 11

**DECLARATION OF ELIZABETH W. WALKER IN SUPPORT OF MOTION OF CREDIT SUISSE FOR ORDER DIRECTING DISTRIBUTION OF PRE-PETITION LENDER NET LITIGATION PROCEEDS FOR APPLICATION TO INDEMNIFICATION OBLIGATIONS**

Hearing Date: TBD
Time: TBD
Place: Courtroom No. 2
Foley Federal Building
300 Las Vegas Blvd. South
Estimated Time for Argument: Two Hours

I, Elizabeth W. Walker, hereby declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am a partner with the firm of Sidley Austin LLP, counsel for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC); and Credit Suisse AG (collectively, "Credit Suisse"). I submit this Declaration in support of the Motion Of Credit Suisse For Order Directing Distribution Of Pre-Petition Lender Net Litigation Proceeds For Application To Indemnification Obligations. I have personal knowledge of the facts set forth below and, if called to testify, I could and would competently testify thereto.

**THE PRE-PETITION CREDIT AGREEMENTS**

2. Attached hereto as Exhibit A is a true and correct copy of that certain First Lien Credit Agreement in the aggregate principal amount of $435,000,000, dated as of November 1, 2004, among Lake at Las Vegas Joint Venture and LLV-1, L.L.C. (as Borrowers), the Lenders (as defined therein), and Credit Suisse First Boston (as Administrative Agent, Collateral Agent and Syndication Agent) (the "2004 First Lien Credit Agreement"), in connection with the project known as the Lake at Las Vegas Resort (the "Lake Las Vegas Project").

3. Attached hereto as Exhibit B is a true and correct copy of that certain Second Lien Credit Agreement in the aggregate principal amount of $125,000,000, dated as of November 4, 2004, among Lake at Las Vegas Joint Venture and LLV-1, L.L.C. (as Borrowers), the Lenders (as defined therein), and Credit Suisse First Boston (as Administrative Agent, Collateral Agent and Syndication Agent) (the "2004 Second Lien Credit Agreement", together with the 2004 First Lien Credit Agreement, the "2004 Credit Agreement").

4. Attached hereto as Exhibit C is a true and correct copy of that certain Amended and Restated Credit Agreement in the aggregate principal amount of 570,000,000, dated as of

May 4, 2005, among Lake at Las Vegas Joint Venture and LLV-1, L.L.C. (as Borrowers), the Lenders (as defined therein), and Credit Suisse First Boston (as Administrative Agent, Collateral Agent and Syndication Agent) (the "2005 Credit Agreement"). Pursuant to the 2005 Credit Agreement, the 2004 First Lien Credit Agreement was amended for the purpose of, among other things, refinancing the loans made pursuant to the Second Lien Credit Agreement. (See Ex. C (2005 Credit Agreement), Recitals A, B, C, and D.)

5. Attached hereto as Exhibit D is a true and correct copy of that certain Amendment, entered into as of June 22, 2007, which attaches as Exhibit A that certain Amended and Restated Credit Agreement in the principal amount of $540,000,000, dated as of June 22, 2007, each of which is among Lake at Las Vegas Joint Venture LLC and LLV-1, LLC (as Borrowers), the Lenders (as defined therein), Credit Suisse, Cayman Islands Branch (as Administrative Agent, Collateral Agent and Syndication Agent, Fronting Bank and Paying Agent), and Credit Suisse Securities (USA) LLC (as Sole Arranger and Sole Bookrunner) (the "2007 Credit Agreement"). Pursuant to the 2007 Credit Agreement, the 2005 Credit Agreement was amended for the purpose of, among other things, refinancing the loans made pursuant to the 2005 Credit Agreement. (See Ex. D (2007 Credit Agreement), Recitals A, B, and C.)

**THE FATCO LITIGATION**

6. On September 2, 2009, FATCO filed a Complaint ("Complaint") in the action entitled First American Title Insurance Company v. Credit Suisse, Cayman Islands, Case No. 2:09-cv-01743, United States District Court, Southern District of Nevada, Las Vegas Division (the "FATCO Litigation"), in which FATCO sought a declaration that the title policy provided no coverage for the Priority Claims. A true and correct copy of the Complaint is attached hereto as Exhibit E. In connection with the 2007 Credit Agreement, First American Title Insurance Company ("FATCO") issued a title insurance policy to Credit Suisse. (Complaint, ¶ 13.) In early 2008, several contractors which performed work on the Lake Las Vegas Project filed mechanics' lien suits against LLV-1, LLC. (Id. at ¶¶ 17, 21.) When the owners of the Lake Las

Vegas Project filed Chapter 11 for bankruptcy protection in July 2008, the mechanics' lien suits were removed to the Bankruptcy Court. (Id. at ¶ 19.) In May 2009, one contractor filed an amended third-party complaint against Credit Suisse in the bankruptcy proceedings, asserting the priority of its mechanics' lien over that of the deed of trust recorded by Credit Suisse as security for the 2007 Credit Agreement. (Id. at ¶ 22.) Credit Suisse tendered this claim, as well as other potential priority claims of mechanics' liens, to FATCO under the 2007 title policy (the "Priority Claims"). (Id. at ¶¶ 21, 23.)

7. In the Complaint, FATCO alleged, among other things, that Credit Suisse's claim for defense and indemnity was barred because Credit Suisse "undertook steps to dominate and control the use of funds advanced to the [Borrowers] under the operative loan agreements" (including the 2007 Credit Agreement). (Complaint, ¶ 16.) Credit Suisse incurred and paid attorneys' fees and costs in analyzing the Complaint, formulating a response thereto, and eventually negotiating a dismissal of the Complaint. A true and correct copy of Plaintiff's Rule 41(a) Notice of Voluntary Dismissal, filed on July 27, 2010, is attached hereto as Exhibit F.

**THE THIRD AMENDED PLAN OF REORGANIZATION TRUST AND LLV CREDITOR TRUST AGREEMENT**

8. Attached hereto as Exhibit G is a true and correct copy of the Third Amended Chapter 11 Plan Of Reorganization Proposed By Lake At Las Vegas Joint Venture LLC And Its Jointly Administered Chapter 11 Affiliates And The Official Committee of Creditors Holding Unsecured Claims (Dated June 21, 2010) (the "Plan"), filed on June 25, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of the executed version of the LLV Creditor Trust Agreement (attached as Exhibit E to the Plan), dated July 15, 2010 (the "Creditor Trust Agreement").

**THE CREDITOR TRUSTEE'S REFUSAL TO DISTRIBUTE PRE-PETITION LENDER NET LITIGATION PROCEEDS TO CREDIT SUISSE**

10. Attached hereto as Exhibit I is a true and correct copy of a letter from Mr. Cruciani, Esq., of the McKool Smith law firm (counsel to Larry Lattig as Trustee of the LLV Creditor Trust), dated October 17, 2014.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from Elizabeth W. Walker to Mr. Cruciani, dated October 29, 2014.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Elizabeth W. Walker to Mr. Cruciani, dated November 7, 2014.

13. On November 12, 2014 Mr. Cruciani informed me that Credit Suisse was not entitled to any reimbursement from the settlement proceeds for Credit Suisse's indemnity claims under Sections 9.2 and 9.4 of the 2007 Credit Agreement

**THE STIPULATION AND ORDER FOR INTERIM DISBURSEMENT OF PRE-PETITION LENDER NET LITIGATION PROCEEDS**

14. Attached hereto as Exhibit L is a true and correct copy of the Revised Stipulation for Interim Distribution of Settlement Proceeds, filed on December 2, 2014 [Bk. Dkt. No. 3244].

15. Attached hereto as Exhibit M is a true and correct copy of the Order re: Revised Stipulation for Interim Distribution of Settlement Proceeds, entered on December 3, 2014 [Bk. Dkt. No. 3252].

16. Attached hereto as Exhibit N is a true and correct copy of the Transcript of Telephonic Status Conference before the Honorable Bruce T. Beesley on January 22, 2015.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed on this 13th day of March, 2015 in Los Angeles, California.

Elizabeth W. Walker

Elizabeth W. Walker