SIDLEY AUSTIN LLP
Elizabeth W. Walker (Admitted *pro hac vice*)
California Bar No. 113545
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
ewalker@sidley.com

GARMAN TURNER GORDON LLP
William M. Noall
Nevada Bar No. 3549
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
wnoall@gtg.legal

Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); and Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC) (collectively, "Credit Suisse")

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

LAKE AT LAS VEGAS JOINT VENTURE, LLC
LLV-1, LLC
LLV HOLDCO, LLC
LAKE LAS VEGAS PROPERTIES, LLC
LLV FOUR CORNERS, LLC
NORTHSHORE GOLF CLUB LLC
P-3 AT MONTELAGO VILLAGE LLC
THE GOLF CLUB AT LAKE LAS VEGAS LLC
MARINA INVESTORS LLC
THE VINEYARD AT LAKE LAS VEGAS LLC
LLVVHI LLC
TCH DEVELOPMENT LLC
TC TECHNOLOGIES LLC
SOUTHSHORE GOLF CLUB LLC
NEVA HOLDINGS LLC

Jointly Administered Reorganized Debtors.

BK **08-17814 MKN Lead Case**
BK 08-17815 MKN BK 08-17832 MKN
BK 08-17817 MKN BK 08-17835 MKN
BK 08-17820 MKN BK 08-17837 MKN
BK 08-17822 MKN BK 08-17841 MKN
BK 08-17825 MKN BK 08-17842 MKN
BK 08-17827 MKN BK 08-17844 MKN
BK 08-17830 MKN BK 08-17845 MKN
**Joint Administration**

Chapter 11

**NOTICE OF DISTRIBUTION OF PRE-PETITION LENDERS NET LITIGATION PROCEEDS; DECLARATION OF CRAIG R. JALBERT IN SUPPORT THEREOF**

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to (i) the Third Amended Chapter 11 Plan of Reorganization Proposed by Lake At Las Vegas Joint Venture, LLC And Its Jointly-Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims (Dated June 21, 2010), filed on June 25, 2010 [Dkt. No. 2475] ("Plan"), (ii) the Order Confirming the Plan, entered on July, 1, 2010 [Dkt. No. 2502] ("Order"), (iii) the LLV Creditor Trust Agreement, dated as of July 15, 2010 ("CTA", together with the Plan and Order, the "Plan Documents"), and (iv) the Order Re: Revised Stipulation For Interim Distribution of Settlement Proceeds, entered on December 3, 2014 [Dkt. No. 3252] ("Order Re: Revised Stipulation"), Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC (collectively, the Pre-Petition Agent and Disbursing Agent) were authorized to appoint Verdolino & Lowey ("V&L") as Sub-Disbursing Agent for the purposes of disbursing certain portions of the Pre-Petition Lender Net Litigation Proceeds Share. [1]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Re: Revised Stipulation, on December 4, 2014, V&L sent via U.S. mail to each Pre-Petition Lender, a Notice to Holders of Class 1 (Pre-Petition Lender) Claims Of Lake At Las Vegas Joint Venture And All Of Its Co-Debtors ("Notice"), a true and correct copy of which is attached as Exhibit "A" to the Declaration of Craig R. Jalbert ("Jalbert Decl."), attached hereto; see also id. at ¶ 3. Upon receipt of the appropriate tax forms and other information for each Pre-Petition Lender, V&L caused the distribution of the Pre-Petition Lender Net Litigation Proceeds Share in the amounts set forth in the Pre-Petition Lender Distribution Schedule (as defined in and attached to the Order Re: Revised Stipulation) to be sent via wire transfer or U.S. Mail (as directed by each Pre-Petition Lender) to the current Pre-Petition Lenders. (See Jalbert Decl., ¶ 4) The distributions of the Pre-Petition Lender Net Litigation Proceeds Share to the Pre-Petition Lenders excluded the

[1] Unless otherwise defined herein, all initially capitalized terms shall have the definition set forth in the Plan Documents.

Indemnification Disputed Amount and the Pump Station Disputed Amount (each as defined in the Order Re: Revised Stipulation). (See Jalbert Decl., ¶ 5.) As of June 16, 2015, V&L had made all distributions pursuant to the Plan Documents and Order Re: Revised Stipulation (including Pre-Petition Lender Distribution List attached thereto). (See Jalbert Decl., ¶ 6, Ex. B.)

Dated: July 28, 2015

By: /s/ Elizabeth W. Walker

ELIZABETH W. WALKER, ESQ.
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); and Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC)

By: /s/ William M. Noall

WILLIAM M. NOALL, ESQ.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Attorneys for Credit Suisse AG, Cayman Islands Branch, formerly known as Credit Suisse, Cayman Islands Branch (as successor to Credit Suisse First Boston, Cayman Islands Branch); and Credit Suisse Securities (USA) LLC (formerly known as Credit Suisse First Boston LLC)

**DECLARATION OF CRAIG JALBERT**

I, Craig R. Jalbert, hereby declare as follows:

1. I am a member of the firm Verdolino & Lowey, P.C. ("V&L"). I submit this Declaration in support of the Notice of Distribution of Pre-Petition Lender Net Litigation Proceeds. I have personal knowledge of the facts set forth below and, if called to testify, I could and would competently testify thereto.

2. Pursuant to (i) the Third Amended Chapter 11 Plan of Reorganization Proposed by Lake At Las Vegas Joint Venture, LLC And Its Jointly-Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims (Dated June 21, 2010), filed on June 25, 2010 [Dkt. No. 2475] ("Plan"), (ii) the Order Confirming the Plan, entered on July, 1, 2010 [Dkt. No. 2502] ("Order"), (iii) the LLV Creditor Trust Agreement, dated as of July 15, 2010 ("CTA", together with the Plan and Order, the "Plan Documents"), and (iv) the Order Re: Revised Stipulation For Interim Distribution of Settlement Proceeds, entered on December 3, 2014 [Dkt. No. 3252] ("Order Re: Revised Stipulation"), Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC (collectively, as Pre-Petition Agent and Disbursing Agent) were authorized to (and did) appoint V&L as Sub-Disbursing Agent for the purposes of disbursing certain portions of the Pre-Petition Lender Net Litigation Proceeds Share.[1]

3. On December 4, 2014, I caused to be sent to each Pre-Petition Lender via U.S. Mail, a Notice to Holders of Class 1 (Pre-Petition Lender) Claims Of Lake At Las Vegas Joint Venture And All Of Its Co-Debtors, which included the (i) Order Re: Revised Stipulation For Interim Distribution of Settlement Proceeds [Dkt. No. 3252], and (ii) Wire Transfer Forms (the "Notice"). Attached hereto as Exhibit A is a true and correct copy of the Notice.

4. Upon receipt of the appropriate tax forms and other information for each Pre-Petition Lender, I caused the distribution of the Pre-Petition Lender Net Litigation Proceeds

[1] Unless otherwise defined herein, all initially capitalized terms shall have the definition set forth in the Plan Documents.

Share in the amounts set forth in the Pre-Petition Lender Distribution Schedule (as defined in and attached to the Order Re: Revised Stipulation) to be sent via wire transfer or U.S. Mail (as directed by each Pre-Petition Lender) to the current Pre-Petition Lenders.

5. The distributions of Pre-Petition Lender Net Litigation Proceeds Share to the Pre-Petition Lenders excluded the Indemnification Disputed Amount and the Pump Station Disputed Amount (each as defined in the Order Re: Revised Stipulation).

6. As of June 16, 2015, V&L had made all distributions pursuant to the Plan Documents and Order Re: Revised Stipulation (including Pre-Petition Lender Distribution List attached thereto). Attached hereto as Exhibit B is a true and correct copy of the Sub-Disbursing Agent Distributions on Class I Pre-Petition Lender Claims, which was prepared by V&L at my direction and under my supervision, and reflects the distributions made to each Pre-Petition Lender.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed on this 17th day of July, 2015 in Foxboro, Massachusetts.

Craig R. Jalbert

# EXHIBIT A

# NOTICE TO HOLDERS OF CLASS 1 (PRE-PETITION LENDER) CLAIMS OF LAKE AT LAS VEGAS JOINT VENTURE AND ALL OF ITS CO-DEBTORS (In re: Lake at Las Vegas Joint Venture, LLC, et al, United States Bankruptcy Court, District of Nevada, Consolidated Case # 08-17814-LBR)

* IMMEDIATE ATTENTION REQUESTED *

**PLEASE RESPOND AS REQUESTED BELOW**

Re: LLV Creditor Trust Agreement, Dated As Of July 15, 2010 (The "Trust Agreement"); The Third Amended Chapter 11 Plan Of Reorganization For Lake At Las Vegas Joint Venture, LLC, And Its Jointly-Administered Chapter 11 Affiliates And The Official Committee Of Creditors Holding Unsecured Claims, Dated June 20, 2010 (The "Plan"); And December 3, 2014 Order Re: Revised Stipulation For Interim Distribution of Settlement Proceeds ("Order")

Dear Pre-Petition Lender:

Please be advised that the Creditor Trust has settled the lawsuit entitled *Larry Lattig, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust v. 820 Management Trust, et al.*, United States Bankruptcy Court, District of Nevada, Adversary Case No. 10-01284-LBR, as well as certain other matters. Please be further advised that on December 3, 2014, the Bankruptcy Court entered the Order, a copy of which is attached hereto as Exhibit A. This Notice is being provided to you on behalf of Disbursing Agent (as defined in the Plan)[1]. Our records indicate that you may be a holder of a Class 1 (Pre-Petition Lender) claim against the Lake at Las Vegas debtors (the "Debtors")[2] that may entitle you to a distribution from the settlement proceeds that are owed to the Pre-Petition Lenders under the terms of the Plan and the Trust Agreement. Disbursing Agent has engaged Verdolino & Lowey, P.C., to be its Sub-Disbursing Agent.

**Section I – Receipt of Tax Forms.**

In order to receive a distribution, in compliance with the Plan and applicable tax law, we are requesting that you complete and return a copy of IRS Form W-8 or IRS Form W-9[3], as applicable (the "Applicable Tax Form"), which forms may be found at the

[1] Disbursing Agent is the Pre-Petition Agent (as defined in the Plan) and includes Credit Suisse, Credit Suisse AG (formerly known as Credit Suisse First Boston), Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC.

[2] The Debtors are: Lake at Las Vegas Joint Venture, LLC, LLV-1, LLC, LLV Holdco, LLC, Lake at Las Vegas Properties, L.L.C., LLV Four Corners, LLC, NorthShore Golf Club, L.L.C., P-3 at MonteLago Village, LLC, The Golf Club at Lake Las Vegas, LLC, Marina Investors, L.L.C., The Vineyard at Lake Las Vegas, L.L.C., LLV VHI, L.L.C., TCH Development, L.L.C., TC Technologies, L.L.C., SouthShore Golf Club, L.L.C., and Neva Holdings, L.L.C.

[3] For individual U.S. citizens and domestic corporations, Form W-9 is the correct Applicable Tax Form.

following website: http://www.irs.gov/Forms-&-Pubs. Please return the Applicable Tax Form via email at the following email address: cjalbert@vlpc.com or by facsimile at the following fax number: 508-543-4114, or by mail at the following address:

Craig R. Jalbert
Verdolino & Lowey, P.C.
124 Washington Street, Suite 101
Foxboro, MA 02035

**PLEASE NOTE THAT DISTRIBUTIONS WILL BE WITHHELD FOR ANY PRE-PETITION LENDER THAT FAILS TO RETURN A PROPERLY COMPLETED AND EXECUTED APPLICABLE TAX FORM, AS REQUESTED HEREIN. THE SOONER THE APPLICABLE TAX FORM IS PROPERLY COMPLETED, EXECUTED AND RECEIVED, THE SOONER YOU WILL RECEIVE YOUR DISTRIBUTION. IF THE PROPER APPLICABLE TAX FORM IS NOT DELIVERED OR IT IS NOT PROPERLY COMPLETED AND/OR EXECUTED ON OR BEFORE FEBRUARY 3, 2015, DISBURSING AGENT WILL SEEK A COURT ORDER TO EXPUNGE YOUR CLAIM AND RE-DISTRIBUTE YOUR PRO-RATA SHARE OF THE DISTRIBUTION TO OTHER ALLOWED PRE-PETITION LENDERS THAT HAVE COMPLIED WITH THIS REQUEST TO RECEIVE THE APPLICABLE TAX FORM. THE APPLICABLE TAX FORM MUST BE PROVIDED TO ME ON OR BEFORE FEBRUARY 3, 2015.**

**Section II – Delivery of Distributions**

All distributions to be made to you will be made by check and mailed to the address to which this letter is addressed. Alternatively, distributions will be made (1) by mailing a check to an alternative address or (2) in the event any distribution is over $1,000,000.00, the distribution may be by wire funds transfer to a bank account ("**Alternative Payment Option**"). If you choose to receive payment through an Alternative Payment Option, an officer of your entity or other authorized representative must notify the undersigned in writing by (1) providing the alternative mailing address or (2) providing wire transfer instructions executed by an officer of your entity or other authorized representative ("**Alternative Payment Information**"). Such notification must be sent via facsimile as set forth below so as to be received by Verdolino & Lowey, P.C., **on or before January 5, 2015**. If the Pre-Petition Lender to which this letter is addressed has had a name change and/or there has been an assignment or transfer of the Pre-Petition Lender's interest, such Pre-Petition Lender must submit proof of such name change and/or assignment or transfer in a form satisfactory to Disbursing and Sub-Disbursing Agent in their sole discretion ("**Alternative Pre-Petition Lender Information**"). Such information must be sent, via United States Mail, Hand Delivery Service, or Overnight Delivery, to the

address below, so as to be received by Verdolino & Lowey, P.C., **on or before January 5, 2015**. Any Alternative Payment Information or Alternative Pre-Petition Lender Information not sent in the manner noted or timely received shall not be considered. In the event that I do not receive proper and timely written notice of Alternative Payment Information or Alternative Pre-Petition Lender Information from you, any distribution that you may receive will be made by check and mailed to the address to which this letter is addressed. As for wire transfers, forms to deliver your wire transfer advice information to me are attached, with the required signatory form for an officer or authorized representative of the Pre-Petition Lender. Exhibit B (page 14) is to be used by Pre-Petition Lenders where the receiving bank is located in the United States. Exhibit C (page 15) is for recipient banks located in Canada. Exhibit D (page 16) is for all other countries. All wire advices must be faxed, not e-mailed, to my attention at 508-543-4114. Please send an e-mail to confirm that wiring instructions have been faxed to me at cjalbert@vlpc.com. I will respond to the e-mail to confirm receipt of the fax.

Please feel free to contact me at cjalbert@vlpc.com or 508-543-1720 should you have any questions.

Respectfully,

Verdolino & Lowey, P.C.

By: Craig R. Jalbert
Sub-Distribution Agent

# EXHIBIT A

ORDER

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 03, 2014

LEWIS ROCA ROTHGERBER LLP
ROBERT M. CHARLES, JR.
Email: RCharles@LRLaw.com
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

MCKOOL SMITH, P.C.
GARY CRUCIANI, ESQ. (pro hac vice)
Email: gcruciani@mckoolsmith.com
LEWIS T. LECLAIR, ESQ. (pro hac vice)
Email: lleclair@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Counsel for Larry Lattig, Creditor Trustee of the LLV Creditor Trust*

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

SIDLEY AUSTIN LLP
ELIZABETH W. WALKER, ESQ.
California Bar No. 113545
Admitted *Pro Hac Vice*
E-mail: ewalker@sidley.com
JEREMY ROSENTHAL, ESQ.
California Bar No. 223199
Admitted *Pro Hac Vice*
E-mail: jrosen03@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone (213) 896-6983
Facsimile (213) 896-6600

*Attorneys for Credit Suisse First Boston (now known as Credit Suisse AG), Credit Suisse, Cayman Islands Branch (now known as Credit Suisse AG, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAKE AT LAS VEGAS JOINT VENTURE, LLC<br>☐ Affects this Debtor | Chapter 11 |
| LLV-1, LLC<br>☐ Affects this Debtor | Case No. 08-17814-LBR<br>Case No. 08-17815-LBR<br>Case No. 08-17817-LBR |
| LLV HOLDCO, LLC<br>☐ Affects this Debtor | Case No. 08-17820-LBR<br>Case No. 08-17822-LBR |

| | |
|---|---|
| LAKE LAS VEGAS PROPERTIES, L.L.C.<br>☐ Affects this Debtor | Case No. 08-17825-LBR<br>Case No. 08-17827-LBR<br>Case No. 08-17830-LBR<br>Case No. 08-17832-LBR<br>Case No .08-17835-LBR<br>Case No. 08-17837-LBR<br>Case No. 08-17841-LBR<br>Case No. 08-17842-LBR<br>Case No. 08-17844-LBR<br>Case No. 08-17845-LBR |
| LLV FOUR CORNERS, LLC<br>☐ Affects this Debtor | |
| NORTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor | |
| P-3 AT MONTELAGO VILLAGE, LLC<br>☐ Affects this Debtor | |
| THE GOLF CLUB AT LAKE LAS VEGAS, LLC<br>☐ Affects this Debtor | **Jointly Administered Under** |
| MARINA INVESTORS, L.L.C.<br>☐ Affects this Debtor | **Case No. BK-S-08-17814-LBR** |
| THE VINEYARD AT LAKE LAS VEGAS, L.L.C.<br>☐ Affects this Debtor | **Order Re: Revised Stipulation For Interim Distribution Of Settlement Proceeds** |
| LLV VHI, L.L.C.<br>☐ Affects this Debtor | |
| TCH DEVELOPMENT, L.L.C.<br>☐ Affects this Debtor | |
| TC TECHNOLOGIES, L.L.C.<br>☐ Affects this Debtor | |
| SOUTHSHORE GOLF CLUB, L.L.C.<br>☐ Affects this Debtor | |
| NEVA HOLDINGS, L.L.C.<br>☐ Affects this Debtor | |
| ☒ AFFECTS ALL DEBTORS<br>Reorganized Debtors. | |

This Court, having reviewed and considered the *Revised Stipulation for Interim Distribution of Settlement Proceeds* ("Revised Stipulation") [ECF No. ___] between (i) Larry Lattig, as Creditor Trustee (the "Trustee") of the LLV Creditors Trust, (ii) Credit Suisse First Boston (now known as Credit Suisse AG), Credit Suisse, Cayman Islands Branch (now known as Credit Suisse AG, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC (sometimes collectively referred to herein as "Pre-Petition Agent"), and (iii) Verdolino & Lowey ("V&L") and good cause appearing from the Revised Stipulation,

IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Pursuant to (i) the Third Amended Chapter 11 Plan of Reorganization Proposed by Lake At Las Vegas Joint Venture, LLC And Its Jointly-Administered Chapter 11 Affiliates And The

Official Committee Of Creditors Holding Unsecured Claims (Dated June 21, 2010), filed on June 25, 2010 [Dkt. No. 2475] (the "Plan"), (ii) the Order confirming the Plan, entered on July 1, 2010 [Dkt. No. 2502] (the "Order"), and (iii) the LLV Creditor Trust Agreement, dated as of July 15, 2010 (the "CTA", together with the Plan and Order, the "Plan Documents"), the Trustee is in possession of, among other things, the Net Litigation Proceeds (as defined in the Plan) that are available to be distributed pursuant to the Plan Documents..

2. In order to facilitate disbursement of the Unsecured Beneficiaries Net Litigation Proceeds Share (as defined in the Plan Documents), the Trustee and Pump Station Lender have agreed (subject to Paragraph 9, below) that a portion of the Unsecured Beneficiaries Net Litigation Proceeds Share (as defined in the Plan Documents), in the amount of $3,416,203 (the "Pump Station Disputed Amount"), will be reserved by the Trustee in escrow pending further order of this Court to satisfy the claim by Pump Station Lender for repayment in full of the Pump Station Loan (as defined in the Plan Documents).

3. In order to facilitate disbursement thereof, the Trustee and Pre-Petition Agent have agreed that a portion of the Pre-Petition Lender Net Litigation Proceeds (as defined in the Plan Documents), in the amount of $7,929,000 (the "Indemnification Disputed Amount"), shall be held in an interest-bearing account by V&L, as escrow agent, pending further order of this Court in connection with the funding of the indemnification obligations asserted by Pre-Petition Agent that it contends are owed to Pre-Petition Agent pursuant to Sections 9.2 and 9.4 of the Pre-Petition Credit Facility[1] and under the Plan Documents. V&L agrees and acknowledges that it is expressly subject to the terms of this Revised Stipulation.

4. Other than the Pump Station Disputed Amount and Indemnification Disputed Amount addressed in the Paragraphs 2 and 3, above, the Trustee is authorized to distribute the remainder of the Net Litigation Proceeds in accordance with the terms of the Plan Documents.

5. Pre-Petition Agent is Disbursing Agent (as defined in the Plan Documents) for the Pre-Petition Lender Net Litigation Proceeds Share. With the exception of the Indemnification

[1] Capitalized terms not otherwise defined herein shall have the meanings described in the Plan.



McKool 1057594v1

Disputed Amount, Disbursing Agent is hereby authorized to appoint V&L as Sub-Disbursing Agent for the purposes of disbursing the Pre-Petition Lender Net Litigation Proceeds Share. V&L shall cause to be sent via wire transfer or U.S. Mail (as directed by each Pre-Petition Lender) to the current Pre-Petition Lenders (as defined in the Plan Documents) the Pre-Petition Lender Net Litigation Proceeds Share in the exact amounts set forth in the Pre-Petition Lender Distribution Schedule (the "PPL Distribution Schedule"), a copy of which is attached hereto as Exhibit A.

6. V&L shall cause such distributions listed on the PPL Distribution Schedule to be sent via wire transfer or U.S. Mail (as directed by each Pre-Petition Lender) to each Pre-Petition Lender within two (2) business days of receipt of the (i) Pre-Petition Lender Net Litigation Proceeds Share from the Trustee, (ii) the PPL Distribution Schedule, (iii) the entry of this Revised Stipulated Order, (iv) the receipt by V&L of a proper, fully completed and signed W-9 or appropriate W-8 tax form (as fully completed and signed, the "Tax Form"), as applicable, from the Pre-Petition Lender, and (v) to the extent requested, the wire transfer instructions from the requesting Pre-Petition Lender. The conditions precedent to the obligation of V&L to distribute to each Pre-Petition Lender its share of the Pre-Petition Net Litigation Proceeds Share shall be determined separately for each Pre-Petition Lender (i.e., the failure of one Pre-Petition Lender to timely submit its Tax Form and/or requested wire transfer instructions to V&L shall have no impact on the obligation of V&L to distribute the Pre-Petition Net Litigation Proceeds to each Pre-Petition Lender who has submitted a Tax Form and/or requested wire transfer instructions.) The last day for Pre-Petition Lenders to submit a Tax Form is sixty (60) days from deposit via U.S. Mail by V&L to Pre-Petition Lenders of notice of the entry of this Order.

7. The amount to be distributed by V&L to each Pre-Petition Lender who has provided a Tax Form shall be the exact amount provided in the PPL Distribution Schedule without any deduction, offset, or tax withholding of any kind whatsoever. V&L shall not make any distribution to any Pre-Petition Lender who has failed to submit a Tax Form to V&L as provided in paragraph 6, above. If any Pre-Petition Lender fails timely to submit to V&L a Tax Form, the amount of money

shown on the PPL Distribution Schedule for that particular Pre-Petition Lender shall be held in escrow by V&L pending further order of this Court.

8. As provided in the Plan Documents, the parties to the Revised Stipulation agree that this Court has jurisdiction to enter this order and to resolve the foregoing disputes. The parties further consent to this Court's entry of final orders.

9. The parties to the Revised Stipulation expressly reserve all rights, remedies, and claims, and nothing herein shall be deemed to be a waiver by the parties of their respective rights, remedies, claims, assertions and demands.

10. The Court shall conduct a status hearing to determine the briefing schedule and other matters relating to the Pump Station Disputed Amount and Indemnification Disputed Amount on December 17, 2014 at 10:30 a.m. Telephonic live appearances will be allowed. Two business days (prior to the status hearing), the Trustee and the Pre-Petition Agent shall file and serve a joint status report.

**PREPARED AND SUBMITTED BY:**

MCKOOL SMITH, P.C.

By: /s/ Gary Cruciani
Gary Cruciani, Esq. (*pro hac vice*)
Lewis T. LeClair, Esq. (*pro hac vice*)
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044
Email: lleclair@mckoolsmith.com

GORDON SILVER

By: /s/ William M. Noall
William M. Noall, Esq.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

LEWIS ROCA ROTHGERBER LLP
Robert M. Charles, Jr.
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
Email: RCharles@LRLaw.com

*Counsel for Larry Lattig, Creditor Trustee of the LLV Creditor Trust*

SIDLEY AUSTIN LLP
Elizabeth W. Walker (*pro hac vice*)
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Counsel for Credit Suisse First Boston (now known as Credit Suisse AG), Credit Suisse, Cayman Islands Branch (now known as Credit Suisse AG, Cayman Islands Branch), and Credit Suisse Securities (USA) LLC*

\# # #

# EXHIBIT A

Distribution of Net Litigation Proceeds to Credit Suisse as Disbursing Agent for Class 1 - Pre Petition Lenders (net of Indemnity claims) $ 40,147,833

*Amount for CS to Distribute Directly* *40,147,833*

| Distributions by Credit Suisse to Pre-Petition Lenders | % Interest | Amount | Address 1 | Address 2 | City | St | Zip |
|---|---|---|---|---|---|---|---|
| AURUM CLO 2002 1 LTD | 0.0925926% | 37,173.92 | 345 PARK AVENUE 26TH FLOOR | NYC20 2699 | New York | NY | 10154 |
| BANK OF AMERICA NA | 2.1804861% | 875,417.92 | 214 N TRYON ST | NC1 027 14 01 | CHARLOTTE | NC | 28255 |
| COPPER RIVER CLO LTD | 0.4629630% | 185,869.61 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| CREDIT SUISSE AG | 3.8753333% | 1,555,862.34 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS FUND LTD [11] | 8.2471546% | 3,311,053.86 | C/O Candlewood Inv. Grp | 777 Third Ave, Suite 19B | New York | NY | 10017 |
| CREDIT SUISSE LOAN FUNDING LLC | 3.9403851% | 1,581,979.23 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | 4.3536632% | 1,747,901.43 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| CREDIT VALUE FUND III, LP | 0.8106091% | 325,441.99 | C/O Credit Value Partners LP | 49 W. Putnam Ave | Greenwich | CT | 06830 |
| FIRST 2004 II CLO LTD | 0.3703704% | 148,695.69 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| FLAGSHIP CLO III | 0.0925926% | 37,173.92 | 345 PARK AVENUE 26TH FLOOR | NYC20 2699 | New York | NY | 10154 |
| FLAGSHIP CLO IV | 0.0925926% | 37,173.92 | 345 PARK AVENUE 26TH FLOOR | NYC20 2699 | New York | NY | 10154 |
| FLAGSHIP CLO V | 0.1388889% | 55,760.88 | 345 PARK AVENUE 26TH FLOOR | NYC20 2699 | New York | NY | 10154 |
| FLAGSHIP CLO VI | 0.1388889% | 55,760.88 | 345 PARK AVENUE 26TH FLOOR | NYC20 2699 | New York | NY | 10154 |
| GREEN LANE CLO LTD | 0.2777778% | 111,521.77 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| NEXPOINT CREDIT STRATEGIES FUND f/k/a HIGHLAND CREDIT STRATEGIES FUND | 14.4100252% | 5,785,312.85 | 300 CRESCENT CT | SUITE 700 | Dallas | TX | 75201 |
| HIGHLAND FLOATING RATE OPPURTUNITIES FUND | 43.5649884% | 17,490,398.79 | 300 CRESCENT CT | SUITE 700 | Dallas | TX | 75201 |
| INVESCO FLOATING RATE FUND | 0.4128252% | 165,740.37 | 1166 AVENUE OF THE AMERICAS | 27th Fl | New York | NY | 10036 |
| INVESCO VAN KAMPEN DYNAMIC CREDIT OPPORTINITIES FUND | 2.7777778% | 1,115,217.59 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| INVESCO VAN KAMPEN SENIOR INCOME TRUST | 0.9259259% | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| INVESCO VAN KAMPEN SENIOR LOAN FUND | 0.9259259% | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| KENNECOTT FUNDING LTD | 0.3703704% | 148,695.69 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| KS CAPITAL PARTNERS LP | 0.8144622% | 326,988.92 | 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| KS INTERNATIONAL INC | 0.6670193% | 267,793.79 | 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| LEHMAN COMMERCIAL PAPER INC | 0.1170081% | 46,976.22 | 1271 SIXTH AVENUE | 38th Fl | New York | NY | 10021 |
| LOAN FUNDING I LLC | 0.5278114% | 211,904.84 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| MAC CAPITAL LTD | 0.4599181% | 184,647.15 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | 0.5555556% | 223,043.53 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| MJX ASSET MANAGEMENT LLC | 0.1388889% | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10017 |
| NATIONWIDE FINANCIAL SERVICES INC | 1.1265152% | 452,271.44 | ONE NATIONWIDE PLAZA | MD 1-33-16 | Columbus | OH | 43215 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | 0.3703704% | 148,695.69 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| OCEAN TRAILS CLO I | 0.2954036% | 118,598.14 | 333 SOUTH GRAND AVENUE | Suite 4100 | Los Angeles | CA | 90071 |
| ORPHEUS FUNDING LLC | 0.9259259% | 371,739.18 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| PIONEER FLOATING RATE TRUST | 0.9040751% | 362,966.56 | Attn: Maggie Begley | 60 STATE STREET | Boston | MA | 02109 |
| RIVENDELL CBNA LOAN FUNDING LLC | 0.5401514% | 216,859.08 | 540 W MADISON STE 1900 7E | IL4 540 19 51 | Chicago | IL | 60661 |
| SANDS POINT FUNDING | 0.3703704% | 148,695.69 | 135 E 57TH ST | 9th Fl | New York | NY | 10022 |
| SILVER OAK CAPITAL LLC | 0.9259259% | 371,739.18 | 245 PARK AVENUE | 26th Fl | New York | NY | 10167 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | 0.1851852% | 74,347.84 | 11100 SANTA MONICA BLVD | Suite 2000 | Los Angeles | CA | 90025 |
| TCW ASSET MANAGEMENT CO AC CELERITY CLO LIMITED | 0.2125384% | 85,329.56 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| TCW ASSET MANAGEMENT CO AC FIRST 2004 I CLO LTD | 0.3928486% | 157,720.20 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| TCW SENIOR SECURED LOAN FUND LP | 0.0506631% | 20,340.14 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| VELOCITY CLO LTD | 0.2533156% | 101,700.72 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| VENTURE II CDO 2002 LIMITED | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE III CDO LIMITED | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE IV CDO LTD | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE IX CDO LIMITED | 0.1388889% | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE V CDO LIMITED | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE VI CDO LIMITED | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE VII CDO LIMITED | 0.1388889% | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VENTURE VIII CDO LIMITED | 0.1388889% | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VISTA LEVERAGED INCOME FUND | 0.0925926% | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| VITESSE CLO LTD | 0.4539106% | 182,235.27 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| WHITEHORSE II LTD | 0.2777778% | 111,521.77 | 200 CRESCENT COURT | Suite 1414 | Dallas | TX | 75201 |
| *TOTAL* | *100.0000001%* | *$ 40,147,833* | | | | | |

# EXHIBIT B

USA RECIPIENT BANK WIRING INSTRUCTION I REQUEST SHEET:

Receiving Bank Info: Full name
Address
City, State and Zip

ABA Number:

Name on Account: Full Name
Address
City, State and Zip
Telephone Number

Account Number:

References if any:

Wiring Instruction Authorized By:

________________________________________

Name: ________________________________

Title: ________________________________

For:

Pre-Petition Lender Name: ____________________________________

# EXHIBIT C

CANADIAN RECIPIENT BANK WIRING INSTRUCTION REQUEST SHEET:

Receiving Bank Info: Full name
Address
City, State and Zip

Swift Code:

ABA Number:

Name on Account: Full Name
Address
City, State and Zip
Telephone Number

Account Number:

References if any:

Wiring Instruction Authorized By:

____________________________________

Name: ______________________________

Title: ______________________________

For:

Pre-Petition Lender Name: __________________________________

# EXHIBIT D

ALL COUNTRIES NOT USA OR CANADA WIRING INSTRUCTION REQUEST SHEET:

Receiving Bank Info: Full name
Address
City, State and Zip

IBAN Number:

Swift Code:

Name on Account: Full Name
Address
City, State and Zip
Telephone Number

Account Number:

References if any:

Wiring Instruction Authorized By:

____________________________________

Name: ______________________________

Title: ______________________________

For:

Pre-Petition Lender Name: ________________________________

# EXHIBIT B

| Sub-Disbursing Agent | | | | | | | |
|---|---|---|---|---|---|---|---|
| Distributions to Class 1 Pre-Petition Lenders | | | | | | | |
| Net Litigation Proceeds | | $40,147,833 | | | | | |
| Date of Payment | Pre-Petition Lender | Amount | Address 1 | Address 2 | City | St | Zip |
| 2/3/2015 | AURUM CLO 2002 1 LTD * | 37,173.92 | C/O DB Services New Jersey, Inc. ** | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 12/15/2014 | BANK OF AMERICA NA | 875,417.92 | ATTN: Jon Barnes, 214 N TRYON STREET ** | NC1 027 15 01 | CHARLOTTE | NC | 28255 |
| 12/16/2014 | COPPER RIVER CLO LTD | 185,869.61 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/10/2014 | CREDIT SUISSE AG | 1,555,862.34 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/23/2014 | CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS FUND LTD | 3,311,053.86 | C/O Candlewood Inv. Grp | 777 Third Ave, Suite 19B | New York | NY | 10017 |
| 12/10/2014 | CREDIT SUISSE LOAN FUNDING LLC | 1,581,979.23 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/10/2014 | CREDIT SUISSE SECURITIES (USA) LLC | 1,747,901.43 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/11/2014 | CREDIT VALUE FUND III, LP | 325,441.99 | C/O Credit Value Partners LP | Attn: Howard Sullivan, 49 W. Putnam Ave | Greenwich | CT | 06830 |
| 12/16/2014 | FIRST 2004-II CLO LTD | 148,695.69 | C/O BNY Mellon; Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 2/3/2015 | FLAGSHIP CLO III * | 37,173.92 | C/O DB Services New Jersey, Inc. ** | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO IV * | 37,173.92 | C/O DB Services New Jersey, Inc. ** | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO V * | 55,760.88 | C/O DB Services New Jersey, Inc. ** | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO VI * | 55,760.88 | C/O DB Services New Jersey, Inc. ** | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 12/16/2014 | GREEN LANE CLO LTD | 111,521.77 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/5/2014 | NEXPOINT CREDIT STRATEGIES FUND f/k/a HIGHLAND CREDIT STRATEGIES FUND | 5,785,312.85 | 200 CRESCENT CT ** | SUITE 700 | Dallas | TX | 75201 |
| 12/5/2014 | HIGHLAND FLOATING RATE OPPURTUNITIES FUND | 17,490,398.79 | 200 CRESCENT CT ** | SUITE 700 | Dallas | TX | 75201 |
| 12/23/2014 | INVESCO FLOATING RATE FUND | 165,740.37 | 1166 AVENUE OF THE AMERICAS | 27th Fl | New York | NY | 10036 |
| 12/17/2014 | INVESCO VAN KAMPEN DYNAMIC CREDIT OPPORTINITIES FUND | 1,115,217.59 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/17/2014 | INVESCO VAN KAMPEN SENIOR INCOME TRUST | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/17/2014 | INVESCO VAN KAMPEN SENIOR LOAN FUND | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/16/2014 | KENNECOTT FUNDING LTD | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | KS CAPITAL PARTNERS LP | 326,988.92 | Attn: Jack Swain, 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| 12/16/2014 | KS INTERNATIONAL INC | 267,793.79 | Attn: Jack Swain, 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| 12/11/2014 | LEHMAN COMMERCIAL PAPER INC | 46,976.22 | 101 Hudson Street ** | 38th Fl | Jersey City | NJ | 07302 |
| 1/14/2015 | LOAN FUNDING I LLC | 211,904.84 | C/O Citigroup - Attn: Kevin Ganc ** | 1615 Brett Road | New Castle | DE | 19720 |
| 12/16/2014 | MAC CAPITAL LTD | 184,647.15 | C/O Wells Fargo, Attn: Nakietha Richard ** | 12200 Northwest Freeway, Ste 500 | Houston | TX | 77092 |
| 12/16/2014 | MIDLAND NATIONAL LIFE INSURANCE COMPANY | 223,043.53 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 1/2/2015 | MJX ASSET MANAGEMENT LLC | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10017 |
| 1/2/2015 | VISTA LEVERAGED INCOME FUND - claim assigned to MJX Asset Management *** | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 12/15/2014 | NATIONWIDE FINANCIAL SERVICES INC | 452,271.44 | ATTN: Michael Rabadam, ONE NATIONWIDE PLAZA | MS 1-05-502 | Columbus | OH | 43215 |
| 12/16/2014 | NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | OCEAN TRAILS CLO I | 118,598.14 | C/O West Gate Horizons, Attn: Michael Hatley ** | 633 West 5th St., Suite 6600 | Los Angeles | CA | 90071 |
| 12/16/2014 | ORPHEUS FUNDING LLC | 371,739.18 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | PIONEER FLOATING RATE TRUST | 362,966.56 | Attn: Maggie Begley | 60 STATE STREET | Boston | MA | 02109 |
| 6/16/2015 | CITIBANK, NA (parent company of RIVENDELL CBNA LOAN FUNDING LLC) *** | 216,859.08 | Citibank, N.A. ** | 390 Greenwich Street | New York | NY | 10013 |
| 12/16/2014 | SANDS POINT FUNDING LTD | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany ** | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 1/2/2015 | SILVER OAK CAPITAL LLC | 371,739.18 | 245 PARK AVENUE | 26th Fl | New York | NY | 10167 |
| 12/17/2014 | Crescent Long/Short Credit Opp Fund LP (f/k/a TCW ABSOLUTE RETURN CREDIT FUND LP) *** | 74,347.84 | 11100 SANTA MONICA BLVD | Suite 2000 | Los Angeles | CA | 90025 |
| 12/16/2014 | CELERITY CLO LIMITED (f/k/a TCW Asset Management CO AC Celerity CLO Limited) *** | 85,329.56 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| 12/16/2014 | FIRST 2004-I CLO Ltd (f/k/a TCW Asset Management CO AC First 2004-1 CLO, Ltd) *** | 157,720.20 | C/O BNY Mellon Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 12/16/2014 | TCW SENIOR SECURED LOAN FUND LP | 20,340.14 | C/O BNY Mellon Attn: Crystal Sims ** | 2 Hanson Place, 7th Floor | Brooklyn | NY | 11217 |
| 12/16/2014 | VELOCITY CLO LTD | 101,700.72 | C/O BNY Mellon Attn: Stephen Matthews ** | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 1/5/2015 | VENTURE II CDO 2002 LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE III CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE IV CDO LTD | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE IX CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE V CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VI CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VII CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VIII CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 12/16/2014 | VITESSE CLO LTD | 182,235.27 | C/O BNY Mellon Attn: Stephen Matthews ** | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 12/16/2014 | WHITEHORSE II LTD | 111,521.77 | 200 CRESCENT COURT | Suite 1414 | Dallas | TX | 75201 |
| | *TOTAL DISTRIBUTIONS TO PRE-PETITION LENDERS* | *$ 40,147,833* | | | | | |
| | * Notes Uncashed Check as of July 17, 2015 | ** | Notes Address Change from PPL Distribution Schedule | *** | Notes PPL Name Change | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sub-Disbursing Agent** | | | | | | | |
| **Distributions to Class 1 Pre-Petition Lenders** | | | | | | | |
| **Net Litigation Proceeds** | | **$40,147,833** | | | | | |
| **Date of Payment** | **Pre-Petition Lender** | **Amount** | **Address 1** | **Address 2** | **City** | **St** | **Zip** |
| 2/3/2015 | AURUM CLO 2002 1 LTD | 37,173.92 | C/O DB Services New Jersey, Inc. | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 12/15/2014 | BANK OF AMERICA NA | 875,417.92 | ATTN: Jon Barnes, 214 N TRYON STREET | NC1 027 15 01 | CHARLOTTE | NC | 28255 |
| 12/16/2014 | COPPER RIVER CLO LTD | 185,869.61 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/10/2014 | CREDIT SUISSE AG | 1,555,862.34 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/23/2014 | CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS FUND LTD | 3,311,053.86 | C/O Candlewood Inv. Grp | 777 Third Ave, Suite 19B | New York | NY | 10017 |
| 12/10/2014 | CREDIT SUISSE LOAN FUNDING LLC | 1,581,979.23 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/10/2014 | CREDIT SUISSE SECURITIES (USA) LLC | 1,747,901.43 | Attn: Paul Gilmore | 11 Madison Ave, 5th Floor | New York | NY | 10010 |
| 12/11/2014 | CREDIT VALUE FUND III, LP | 325,441.99 | C/O Credit Value Partners LP | Attn: Howard Sullivan, 49 W. Putnam Ave | Greenwich | CT | 06830 |
| 12/16/2014 | FIRST 2004-II CLO LTD | 148,695.69 | C/O BNY Mellon; Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 2/3/2015 | FLAGSHIP CLO III | 37,173.92 | C/O DB Services New Jersey, Inc. | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO IV | 37,173.92 | C/O DB Services New Jersey, Inc. | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO V | 55,760.88 | C/O DB Services New Jersey, Inc. | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 2/3/2015 | FLAGSHIP CLO VI | 55,760.88 | C/O DB Services New Jersey, Inc. | Attn: E. Herbst, 5022 Gate Pkway, Ste 400 | Jacksonville | FL | 32256 |
| 12/16/2014 | GREEN LANE CLO LTD | 111,521.77 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/5/2014 | NEXPOINT CREDIT STRATEGIES FUND f/k/a HIGHLAND CREDIT STRATEGIES FUND | 5,785,312.85 | 200 CRESCENT CT | SUITE 700 | Dallas | TX | 75201 |
| 12/5/2014 | HIGHLAND FLOATING RATE OPPURTUNITIES FUND | 17,490,398.79 | 200 CRESCENT CT | SUITE 700 | Dallas | TX | 75201 |
| 12/23/2014 | INVESCO FLOATING RATE FUND | 165,740.37 | 1166 AVENUE OF THE AMERICAS | 27th Fl | New York | NY | 10036 |
| 12/17/2014 | INVESCO VAN KAMPEN DYNAMIC CREDIT OPPORTINITIES FUND | 1,115,217.59 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/17/2014 | INVESCO VAN KAMPEN SENIOR INCOME TRUST | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/17/2014 | INVESCO VAN KAMPEN SENIOR LOAN FUND | 371,739.18 | 1 PARKVIEW PLAZA SUITE 100 | 4th Fl | Oakbrook Terrace | IL | 60181 |
| 12/16/2014 | KENNECOTT FUNDING LTD | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | KS CAPITAL PARTNERS LP | 326,988.92 | Attn: Jack Swain, 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| 12/16/2014 | KS INTERNATIONAL INC | 267,793.79 | Attn: Jack Swain, 11 W 42ND STREET | 30th Fl | New York | NY | 10036 |
| 12/11/2014 | LEHMAN COMMERCIAL PAPER INC | 46,976.22 | 101 Hudson Street | 38th Fl | Jersey City | NJ | 07302 |
| 1/14/2015 | LOAN FUNDING I LLC | 211,904.84 | C/O Citigroup - Attn: Kevin Ganc | 1615 Brett Road | New Castle | DE | 19720 |
| 12/16/2014 | MAC CAPITAL LTD | 184,647.15 | C/O Wells Fargo, Attn: Nakietha Richard | 12200 Northwest Freeway, Ste 500 | Houston | TX | 77092 |
| 12/16/2014 | MIDLAND NATIONAL LIFE INSURANCE COMPANY | 223,043.53 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 1/2/2015 | MJX ASSET MANAGEMENT LLC | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10017 |
| 1/2/2015 | VISTA LEVERAGED INCOME FUND - claim assigned to MJX Asset Management | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 12/15/2014 | NATIONWIDE FINANCIAL SERVICES INC | 452,271.44 | ATTN: Michael Rabadam, ONE NATIONWIDE PLAZA | MS 1-05-502 | Columbus | OH | 43215 |
| 12/16/2014 | NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | OCEAN TRAILS CLO I | 118,598.14 | C/O West Gate Horizons, Attn: Michael Hatley | 633 West 5th St., Suite 6600 | Los Angeles | CA | 90071 |
| 12/16/2014 | ORPHEUS FUNDING LLC | 371,739.18 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 12/16/2014 | PIONEER FLOATING RATE TRUST | 362,966.56 | Attn: Maggie Begley | 60 STATE STREET | Boston | MA | 02109 |
| 6/16/2015 | CITIBANK, NA (parent company of RIVENDELL CBNA LOAN FUNDING LLC) | 216,859.08 | Citibank, N.A. | 390 Greenwich Street | New York | NY | 10013 |
| 12/16/2014 | SANDS POINT FUNDING LTD | 148,695.69 | C/O Guggenheim Partners, Attn: John Mulreany | 330 Madison Ave., 10th Floor | New York | NY | 10017 |
| 1/2/2015 | SILVER OAK CAPITAL LLC | 371,739.18 | 245 PARK AVENUE | 26th Fl | New York | NY | 10167 |
| 12/17/2014 | Crescent Long/Short Credit Opp Fund LP (f/k/a TCW ABSOLUTE RETURN CREDIT FUND LP) | 74,347.84 | 11100 SANTA MONICA BLVD | Suite 2000 | Los Angeles | CA | 90025 |
| 12/16/2014 | CELERITY CLO LIMITED (f/k/a TCW Asset Management CO AC Celerity CLO Limited) | 85,329.56 | 1251 AVENUE OF THE AMERICAS | STE 4700 | New York | NY | 10020 |
| 12/16/2014 | FIRST 2004-I CLO Ltd (f/k/a TCW Asset Management CO AC First 2004-1 CLO, Ltd) | 157,720.20 | C/O BNY Mellon Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 12/16/2014 | TCW SENIOR SECURED LOAN FUND LP | 20,340.14 | C/O BNY Mellon Attn: Crystal Sims | 2 Hanson Place, 7th Floor | Brooklyn | NY | 11217 |
| 12/16/2014 | VELOCITY CLO LTD | 101,700.72 | C/O BNY Mellon Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 1/5/2015 | VENTURE II CDO 2002 LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE III CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE IV CDO LTD | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE IX CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE V CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VI CDO LIMITED | 37,173.92 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VII CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 1/5/2015 | VENTURE VIII CDO LIMITED | 55,760.88 | 12 EAST 49TH STREET | 29th Fl | New York | NY | 10020 |
| 12/16/2014 | VITESSE CLO LTD | 182,235.27 | C/O BNY Mellon Attn: Stephen Matthews | 2 N. LaSalle St., 7th Floor | Chicago | IL | 60602 |
| 12/16/2014 | WHITEHORSE II LTD | 111,521.77 | 200 CRESCENT COURT | Suite 1414 | Dallas | TX | 75201 |
| | ***TOTAL DISTRIBUTIONS TO PRE-PETITION LENDERS*** | ***$ 40,147,833*** | | | | | |